CYNTHIA A. FORD, Respondent, v. FREDERICK W. BROOKS and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of LIZZIE DWORSKY, Respondent, for a Peremptory Mandamus Order against HARRY G. COPLON, as Corporation Counsel of the City of Schenectady, N. Y., and Another, Appellants.— Order reversed on the law, with costs, and motion denied, with fifty dollars costs and disbursements, on the ground that the petition does not disclose that the petitioner has a legal claim. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTLAND RAILROAD COMPANY, Respondent, v. THE STATE TAX COMMISSION, Appellant. (Special Franchise Assessments, Towns of Madrid, Potsdam and Stockholm, for the Year 1920.)— Final order appealed from unanimously affirmed, with costs.

LESTERSHIRE SPOOL AND MANUFACTURING COMPANY, Respondent, v. PENNSYLVANIA TEXTILE MILLS, INC., Appellant.— Judgment unanimously affirmed, with costs.

GRACE OMANS, Administratrix, etc., of CASSIUS M. OMANS, Deceased, Appellant, v. HIRAM L. STEBBINS and Another, Respondents.— Order reversed, with costs, and motion granted, with ten dollars costs to the appellant to abide the event, on the ground that the verdict is inadequate. All concur.

ADA C. STORR, Appellant, v. EASTON VAN WAGONEN and Another, Executors, etc., of DAVID C. STORR, Deceased, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. ROMAN ZAZYCKI, Respondent, v. WHITE, GRATWICK & MITCHELL and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HYMAN HIRSH, Respondent, v. H. LIPKE'S SONS and Another, Appellants.— Award reversed and claim dismissed as to all doctors' bills on the ground that reports were not made, as provided by section 13 of the Workmen's Compensation Law; and award reversed and matter remitted to the State Industrial Board as to all other claims presented for medical care and treatment, on the ground that there is no proof of the reasonableness thereof. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANNIE DWYER, Respondent, v. HAYNES AUTOMOBILE CO. OF NEW YORK, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CLARA LICHTENSTEIN and Others, Respondents, v. HELD MANUFACTURING COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA LONGO, Respondent, v. ATLAS FUR DYEING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. T. THEODOROPOLOS, Respondent, v. FEDERAL RESTAURANT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FLORENCE PRESTON, Respondent, v. N. Y. HARBOR DRY DOCK COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.